**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X     Chapter 13
**IN RE:**
                                                                     Case No.: 16-42675

      Trisha Catacutan,

                  **Debtor(s)**                    **THIRD AMENDED**
                                                                   **CHAPTER 13 PLAN**
--------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor shall pay to the trustee for a total of **43** months, the sum of: $13,836.00.

   **$250.00** commencing **November 31, 2016** through and including **August 31, 2019** for a period of **33** months; and **$575.00** commencing **September 31, 2019** through and including **July 2020** for a period of **10 months**.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

No secured creditor has arrears in the above captioned debtor's case.

Subsequent and/or concurrently with distribution to secured, priority, and administrative creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 13.4%(percent).**

3. The Debtor shall make all post-petition payments, including, but not limited to, mortgage payments, vehicle, payments, real estate taxes and income taxes, outside the plan.

4. All lease agreements are hereby assumed, unless specifically rejected as follows: N/A.

5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

6. Title to the debtor(s) property shall revest to the debtor(s) upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming the plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 Trustee or the Court.


/s/Trisha Catacutan
Debtor                                                     Joint Debtor

/s/Irene Costello
Attorney for Debtor

Dated: May 4, 2017