UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Chapter 13 |
| TRISHA K. CATACUTAN, | Case No. 16-42675 (ESS) |
| Debtor. | |

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**

The aforementioned debtor, by and through their attorney, Irene M. Costello, Esq. of Cabanillas and Associates, P.C. hereby opposes the Trustee's Motion to Dismiss the Chapter 13 case (the "Motion") pursuant to 11 U.S.C. §1307(c), and in support thereof shows unto the court the following:

1. On June 17, 2016, the debtor filed a voluntary petition for relief under Chapter 7 of Title 11 *et. seq.* of the United States Bankruptcy Code.

2. The debtors' case was converted to Chapter 13 and the plan has been confirmed by Order of this Court on June 5, 2017.

3. The chapter 13 Trustee, Marianne DeRosa, now seeks relief by dismissing the case on the grounds that the Debtor had not provided the tax returns or turned over her tax refund.

4. The Debtor has now provided the tax returns and turned over the tax refund to the trustee.

**WHEREFORE,** the Debtors respectfully request that this Honorable Court deny the Trustee's Motion to Dismiss this Chapter 13 case; and the debtor be granted such other and further relief as this Court deems proper.

Dated: White Plains, NY
October 8, 2018

**CABANILLAS & ASSOCIATES, P.C.**

/s/*Irene Marie Costello*
Irene Marie Costello, Esq.
Attorney for the Debtor
Cabanillas & Associates, P.C.
120 Bloomingdale Road, Suite 400
White Plains, New York 10605
icostello@cabanillaslaw.com
914-618-7364